UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO.  12-1435** |
| **JEFF WINDHAM, WARDEN** | **SECTION "I"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Keith Martin, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Keith Martin's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

New Orleans, Louisiana, this 4th day of February, 2013.

_____
 **LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**